1  Nomi L. Castle (Bar No. 113636)
   Robert S. Blonstein (Bar No. 209810)
2  CASTLE & ASSOCIATES
   1925 Century Park East, Suite 210
3  Los Angeles, California 90067
   Telephone: (310) 286-3400
4  Facsimile: (310) 286-3404

5  Lucia E. Coyoca (Bar No. 128314)
   Patricia H. Benson (Bar No. 60565)
6  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
7  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
8  Facsimile: (310) 312-3100

9  Attorneys for Plaintiffs



FILED
MAY - 4 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
MAY 05 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

LODGED
MAY - 3 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>R2D2, LLC, et al.,<br><br>Debtors.<br><br>_____<br><br>DAVID BERGSTEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SUSAN TREGUB, et al.,<br><br>Defendants. | Case No. 2:10-bk-19924-BR<br><br>(Adversary No. 2:10-ap-01651-BR)<br><br>CHAPTER 11<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' MOTION FOR REMAND OR, IN THE ALTERNATIVE, TO COMPEL COMPLIANCE WITH STATE COURT ORDER<br><br>Ctrm: Hon. Barry Russell<br><br>Complaint Filed: March 25, 2010<br>Case Removed: April 1, 2010<br>Trial Date: None |

24   The Motion of Plaintiffs to Remand the present action or, in the alternative,

25 for an order compelling SUSAN TREGUB ("Ms. Tregub") to comply with the state

26 court order for expedited discovery pertaining to certain emails and email logs (the

27 "Motion") came on regularly for hearing in Courtroom 1668 of the United States

28

1  Bankruptcy Court, the Honorable Barry Russell presiding. Robert S. Blonstein and
2  Lucia Coyoca appeared for Plaintiffs. Hayes Michel appeared for Ms. Tregub.
3      Having reviewed the Motion, Opposition and Reply papers, and having
4  received and considered the oral argument of counsel, and good cause appearing
5  therefor,
6      **IT IS HEREBY ORDERED** that Plaintiffs' Motion is granted.
7      **IT IS FURTHER ORDERED** that the action is immediately remanded in its
8  entirety to the Superior Court of Los Angeles, Stanley Mosk Courthouse, where the
9  action has already been assigned to Hon. Ralph Dau, Department 57.
10     **IT IS FURTHER ORDERED** that all state court orders entered at or before
11 the removal of this action remain in full force and effect.
12     **IT IS FURTHER ORDERED** that counsel for Plaintiffs shall give notice of
13 this Court's ruling.
14     **IT IS FURTHER ORDERED** that:
15
16
17
18
19
20
21
22
23
24
25
26 **IT IS SO ORDERED.**
27 Dated: May _4_, 2010

Hon. Barry Russell, Courtroom 1668
28                                         Judge, United States Bankruptcy Court

Case No. 2:10-bk-19924-BR
[Proposed] Order re: Plaintiffs' Motion for Remand

20.16-7                                -2-

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                      ) ss.:
COUNTY OF LOS ANGELES  )

*In re: R2D2, LLC, et al., Debtors* (USBC Case No. 2:10-bk-19924-BR
*David Bergstein, et al., vs. Susan Tregub, et al.* (Adversary No. 2:10-ap-01651-BR)

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 210, Los Angeles, California 90067.

    On May 3, 2010, I served on interested parties in said action the within:

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR REMAND OR, IN THE ALTERNATIVE, TO COMPEL COMPLIANCE WITH STATE COURT ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    Executed on May 3, 2010, at Los Angeles, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Anna Park | *[Signature]* |
|---|---|
| (Type or print name) | (Signature) |

MAILING LIST
DAVID BERGSTEIN vs. SUSAN TREGUB
2:10-bk-19924-BR
2:10-ap-01651-BR

| | |
|---|---|
| Hayes F. Michel, Esq.<br>**BAKER HOSTETLER LLP**<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, California 90025-7120<br>Tel:   (310) 820-8800<br>Fax:  (310) 820-8859<br>(*Attorneys for Defendant, Susan Tregub*) | James A. Stearman, Esq.<br>Attorney at Law<br>1235 North Harbor Boulevard, Suite 200<br>Fullerton, California 92832-1349<br>Tel:   (714) 871-1132<br>Fax:  (714) 871-5620<br>(*Attorneys for Third-Party Claimant Wynn Las Vegas, LLC, dba Wynn Las Vegas*) |