# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff** <br> David Bergstein <br><br> **Defendant** <br> Susan Tregub | **FILED** <br><br> November 29, 2010 <br><br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY SF DEPUTY CLERK |
| **Chapter:** 11 <br><br> **Case Number:** 2:10–bk–19924–BR <br><br> **Adversary Number:** 2:10–ap–01651–BR | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 11/29/10*                                    *By Order of the United States Bankruptcy Court*

                                                     **Kathleen J. Campbell**
                                                     *Clerk of Court*

11/ SF